## DUB HANCOCK v. THE STATE.

No. 19856.   Delivered October 26, 1938.
Rehearing denied November 23, 1938.

The opinion states the case.

*J. A. Johnson,* of Stephenville, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

MORROW, PRESIDING JUDGE.—The conviction is for the unlawful sale of intoxicating liquor in a dry area; penalty assessed at a fine of $150.00.

The complaint and information appear regular. The record is before this Court without statement of facts or bills of exception. No error has been perceived or pointed out.

The judgment is affirmed.

### ON MOTION FOR REHEARING.

KRUEGER, JUDGE.—In his motion for a rehearing, appellant earnestly insists that we erred in affirming the judgment of the trial court. He contends that there was no evidence before the court showing that Erath County was dry area.

We find no statement of facts in the record and in the absence thereof, we are unable to determine the correctness of his position. See Section 602, Branch's P. C.; Davis v. State, 2 Texas Crim. App. 162.

The motion for a rehearing is overruled.

The foregoing opinion of the Commission of Appeals has

been examined by the Judges of the Court of Criminal Appeals and approved by the Court.